IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Kippers, Calvin

Printed: 02/03/09

Case Number: 08 B 21825
Judge: Goldgar, A. Benjamin
Filed: 8/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,841.50 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 6,400.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 4,881.00 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 22,013.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 83.31 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 66.72 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 53.00 | 0.00 |
| 9. | Nicor Gas | Unsecured | 225.60 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 59.88 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 114.67 | 0.00 |
| 12. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 13. | Medical Collections | Unsecured |  | No Claim Filed |
| 14. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 15. | CCA | Unsecured |  | No Claim Filed |
| 16. | Payday Loan | Unsecured |  | No Claim Filed |
| 17. | Santa Barbara Bank & Trust | Unsecured |  | No Claim Filed |
| 18. | Village of Hazel Crest | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,738.68 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kippers, Calvin | Case Number:  08 B 21825 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed:  8/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*